IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID D. EVERIST,

    Plaintiff,

v.

USDI, et al.,

    Defendants,

1:12-CV-995-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#13) and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed what I construe as objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the report. This matter is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this 22 day of August, 2012.

    OWEN M. PANNER
    U.S. DISTRICT JUDGE

1 - ORDER